Official Form 1 (4/07)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Farrell, John J** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Farrell, Suzanne Z** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**FDBA Shark City Billiards & Sports Bar; Farrell Bars Inc** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**FKA Suzanne I Zieman** |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-9593** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-5340** |
| Street Address of Debtor (No. and Street, City, and State):<br>**4988 N Elston Avenue<br>Chicago, IL**<br>ZIP Code **60630** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**4988 N. Elston Avenue<br>Chicago, IL**<br>ZIP Code **60630** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

- ☐ $0 to $10,000
- ☐ $10,001 to $100,000
- ■ $100,001 to $1 million
- ☐ $1,000,001 to $100 million
- ☐ More than $100 million

Estimated Liabilities

- ☐ $0 to $50,000
- ☐ $50,001 to $100,000
- ☐ $100,001 to $1 million
- ■ $1,000,001 to $100 million
- ☐ More than $100 million

Official Form 1 (4/07)

FORM B1, Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Farrell, John J**<br>**Farrell, Suzanne Z** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **Northern District of Illinois** | Case Number:<br>**05 B 63327** | Date Filed:<br>**11/07/05** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)          (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>  ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Statement by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>       _____<br>       (Name of landlord that obtained judgment)<br><br><br>       _____<br>       (Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |

Official Form 1 (4/07)                                                                    FORM B1, Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Farrell, John J**
**Farrell, Suzanne Z**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ John J Farrell**
Signature of Debtor **John J Farrell**

**X** **/s/ Suzanne Z Farrell**
Signature of Joint Debtor **Suzanne Z Farrell**

Telephone Number (If not represented by attorney)

**October 10, 2007**
Date

### Signature of Attorney

**X** **/s/ David J. Letvin**
Signature of Attorney for Debtor(s)

**David J. Letvin 1626256**
Printed Name of Attorney for Debtor(s)

**Letvin & Stein**
Firm Name
**541 North Fairbanks Court**
**Suite 2121**
**Chicago, IL 60611-3710**

Address

**312/527-2841**
Telephone Number
**October 10, 2007**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** 
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** 
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X** 

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **John J Farrell**
    **Suzanne Z Farrell**
_____   Case No. _____
                                    Debtor(s)        Chapter    **7**   _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

□ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exh. D (10/06) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ John J Farrell**
                              **John J Farrell**
Date:  **October 10, 2007**

Certificate Number: 01267-ILN-CC-002324586

# CERTIFICATE OF COUNSELING

I CERTIFY that on August 8, 2007                    , at 9:42            o'clock PM CDT              ,

John J Farrell                                    received from

Money Management International, Inc.                                    ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois                    , an  individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared        . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone                    .

Date: August 8, 2007                    By    /s/Gretchen Spice

                                         Name  Gretchen Spice

                                         Title  Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **John J Farrell**
**Suzanne Z Farrell** _____   Case No. _____
                                        Debtor(s)      Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:      **/s/ Suzanne Z Farrell**
                                          **Suzanne Z Farrell**

Date:    **October 10, 2007**

Certificate Number: 01267-ILN-CC-002324547

# CERTIFICATE OF COUNSELING

I CERTIFY that on August 8, 2007         , at 9:44         o'clock PM CDT         ,

Suzanne I Farrell                          received from

Money Management International, Inc.                          ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois                , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared         . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone                          .

Date: August 8, 2007                  By    /s/Gretchen Spice

                                        Name    Gretchen Spice

                                        Title    Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Form 6-Summary (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re     **John J Farrell,**
            **Suzanne Z Farrell**

Case No. _____

_____ ,
                                          Debtors

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 359,000.00 | | |
| B - Personal Property | Yes | 4 | 199,973.89 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 346,165.16 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 11,163.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 1,219,770.04 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,560.95 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 5,327.28 |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 558,973.89 | | |
| Total Liabilities | | | | 1,577,098.20 | |

Official Form 6 - Statistical Summary (10/06)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re **John J Farrell,**
**Suzanne Z Farrell**

Case No. _____

_____,

Debtors

Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6A
(10/05)

.

In re   **John J Farrell,**                                             Case No. _____
        **Suzanne Z Farrell**

_____,
                                    Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 4988 N Elston Avenue, Chicago IL** | | **J** | **359,000.00** | **346,165.16** |

|  |  | Sub-Total > | **359,000.00** | (Total of this page) |
|---|---|---|---|---|
|  |  | Total > | **359,000.00** |  |

**0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

10/10/07 2:13PM

Form B6B
(10/05)

.

In re    **John J Farrell,**                                                    Case No. _____
         **Suzanne Z Farrell**
                                                                            ,
                                        Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **cash on hand** | **J** | **50.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Park National Bank checking account** | **J** | **3,758.00** |
| | | | **TCF Bank checking account** | **J** | **2,393.00** |
| | | | **Harris Bank savings account** | **J** | **501.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **household furnishings** | **J** | **1,000.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **personal books & pictures** | **J** | **100.00** |
| 6. | Wearing apparel. | | **used clothes** | **J** | **500.00** |
| 7. | Furs and jewelry. | | **used costume jewelry & wedding ring** | **J** | **1,000.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Prudential Life policy face amount $12,000** | **W** | **3,314.00** |
| | | | **Erie Family term life policy face amount $500,000** | **H** | **1.00** |
| 10. | Annuities. Itemize and name each issuer. | | **Alliance Gallery Variable Annuity** | **W** | **20,686.00** |

|  | Sub-Total > | **33,303.00** |
|---|---|---|
|  | (Total of this page) | |

_3_    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **John J Farrell,**                                                          Case No. _____
     **Suzanne Z Farrell**

_____,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA Merrill Lynch** | W | 27,567.33 |
| | | **401k with employer** | W | 133,902.56 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Farrell Bars Inc. (100%)** | J | 1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    161,470.89
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Form B6B
(10/05)

In re    **John J Farrell,**                                                          Case No. _____
         **Suzanne Z Farrell**

_____,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **contingent claim against RMS Properties and its owner for tortious interference with advantageous relationship designed to resolve debt to Wells Fargo Bank and to Billiards Entertainment resulting in failure of sale negotiations to third party of assets of Farrell Bars, Inc and aquisition of said assets by RMS Properties** | **J** | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Chrysler 300M (model year 2000)** | **J** | **4,800.00** |
| | | **Chevrolet Lumina (model year 1994)** | **H** | **400.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >    **5,200.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6B
(10/05)

In re    **John J Farrell,**
**Suzanne Z Farrell**
_____,
Debtors

Case No. _____

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** |
| | (Total of this page) | |
| | Total > | **199,973.89** |

Sheet __**3**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6C
(4/07)

In re      **John J Farrell,**                                    Case No. _____
           **Suzanne Z Farrell**

_____,
Debtors

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| **Location: 4988 N Elston Avenue, Chicago IL** | **735 ILCS 5/12-901** | **12,834.84** | **359,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Park National Bank checking account** | **735 ILCS 5/12-1001(b)** | **3,758.00** | **3,758.00** |
| **TCF Bank checking account** | **735 ILCS 5/12-1001(b)** | **2,393.00** | **2,393.00** |
| **Harris Bank savings account** | **735 ILCS 5/12-1001(b)** | **501.00** | **501.00** |
| **Household Goods and Furnishings** | | | |
| **household furnishings** | **735 ILCS 5/12-1001(a)** | **1,000.00** | **1,000.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **personal books & pictures** | **735 ILCS 5/12-1001(a)** | **100.00** | **100.00** |
| **Wearing Apparel** | | | |
| **used clothes** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **Furs and Jewelry** | | | |
| **used costume jewelry & wedding ring** | **735 ILCS 5/12-1001(a)** | **1,000.00** | **1,000.00** |
| **Interests in Insurance Policies** | | | |
| **Prudential Life policy face amount $12,000** | **735 ILCS 5/12-1001(f)** | **3,314.00** | **3,314.00** |
| **Erie Family term life policy face amount $500,000** | **735 ILCS 5/12-1001(f)** | **1.00** | **1.00** |
| **Annuities** | | | |
| **Alliance Gallery Variable Annuity** | **735 ILCS 5/12-1006** | **20,686.00** | **20,686.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **IRA Merrill Lynch** | **735 ILCS 5/12-1006** | **27,567.33** | **27,567.33** |
| **401k with employer** | **735 ILCS 5/12-1006** | **133,902.56** | **133,902.56** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **Chrysler 300M (model year 2000)** | **735 ILCS 5/12-1001(c)** | **4,800.00** | **4,800.00** |
| **Chevrolet Lumina (model year 1994)** | **735 ILCS 5/12-1001(b)** | **400.00** | **400.00** |
| | Total: | **212,757.73** | **558,922.89** |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6D (10/06)

In re    **John J Farrell,**    Case No. _____
     **Suzanne Z Farrell**
                            ,
                         Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxx4799** | | | Opened 10/22/04  Last Active  10/05/07 | | | | | |
| **Bank of America Mortgage 475 Crosspoint Parkway Getzville, NY 14068** | J | | Location: 4988 N Elston Avenue, Chicago IL | | | | | |
| | | | Value $          359,000.00 | | | | 266,463.16 | 0.00 |
| Account No. **x5635** | | | Opened 10/22/04  Last Active  9/21/07 | | | | | |
| **Fifth Third Bank 1850 East Paris Mdropso5  C/O Bankruptcy Dept Grand Rapids, MI 49546** | J | | junior mortgage | | | | | |
| | | | Location: 4988 N Elston Avenue, Chicago IL | | | | | |
| | | | Value $          359,000.00 | | | | 79,702.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0**  continuation sheets attached | Subtotal (Total of this page) | 346,165.16 | 0.00 |
| | Total (Report on Summary of Schedules) | 346,165.16 | 0.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6E (4/07)

.

In re   **John J Farrell,**                                                    Case No. _____
        **Suzanne Z Farrell**
                                                                                         ,
                                         Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>    1    </u>   continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re    **John J Farrell,**                                                    Case No. _____
         **Suzanne Z Farrell**
                                                                    ,
                                            Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community<br>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY<br>AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **IBT xxxx-3231**<br><br>**Illinois Department of Revenue**<br>**100 W. Randolph Street**<br>**Chicago, IL 60601** | | J | **5/16/2007**<br><br>**tax lien 713635404** | | | X | | **11,163.00** |
| | | | | | | | **11,163.00** | **0.00** |
| Account No.<br><br>**Internal Revenue Service**<br>**230 S. Dearborn Street**<br>**Chicago, IL 60604** | | J | | | | X | | **Unknown** |
| | | | | | | | **Unknown** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet  **1**   of  **1**   continuation sheets attached to | Subtotal | **11,163.00** |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page)   **11,163.00** | **0.00** |
| | Total | **11,163.00** |
| | (Report on Summary of Schedules)   **11,163.00** | **0.00** |

Official Form 6F (10/06)

In re    **John J Farrell,**
**Suzanne Z Farrell**

_____
Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. <br><br> **Air Cleaning Specialists** <br>**7117 West Grand Avenue** <br>**Chicago, IL 60677-2806** | X | H | | | **2005-6** <br>**air cleaning** | | | X | 340.00 |
| Account No. <br><br> **Alpha Baking Company** <br>**5001 West Polk Street** <br>**Chicago, IL 60644** | X | H | | | **2005-6** <br>**food for business** | | | X | 415.00 |
| Account No. xxxxxxxxxxxxxx5731 <br><br> **American Express** <br>**General Counsels Office** <br>**3200 Commerce Pwy   Md 19-01-06** <br>**Merrimar, FL 33025** | | H | | | **Opened  7/12/03** <br>**CreditCard** | | | | 2,020.00 |
| Account No. <br><br> **ASCAP** <br>**2690 Cumberland Parkway** <br>**Suite 490** <br>**Atlanta, GA 30339-3913** | X | H | | | **2005-6** <br>**royalties for music** | | | X | 326.00 |

__9__   continuation sheets attached

Subtotal
(Total of this page)

**3,101.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037
S/N:20363-070829    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **John J Farrell,**
         **Suzanne Z Farrell**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | telephony service to business | | | | |
| **AT&T** **P.O. Box 5072** **Saginaw, MI 48605-5072** | X | H | | | | | X | |
| | | | | | | | | **1,700.00** |
| Account No. | | | | 3/2005 seller purchase money financing for purchase of business     Subject to setoff. | | | | |
| **Billiards Entertainment Corp., Inc.** **12602 Hillcreek Drive** **Palos Park, IL 60464** | X | H | | | | | X | |
| | | | | | | | | **308,000.00** |
| Account No. | | | | 2005-6 royalties | | | | |
| **BMI Broadcase Music Inc.** **10 Music Square East** **Nashville, TN 37203-4399** | X | H | | | | | X | |
| | | | | | | | | **2,800.00** |
| Account No. xxxxx2328, xxxxxx6592 | | | | opend 7/17/02 last used 9/1/05 credit card | | | | |
| **Chase Manhattan Bank** **800 Brooksedge Blvd** **Westerville, OH 43081** | | | J | | | | | |
| | | | | | | | | **6,670.00** |
| Account No. | | | | 2005-6 filter | | | | |
| **Chicago Filter** **221 King Street** **Elk Grove Village, IL 60007** | X | H | | | | | X | |
| | | | | | | | | **107.00** |

Sheet no. __1___ of __9___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**319,277.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **John J Farrell,**
        **Suzanne Z Farrell**

Case No. _____

_____ ,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxxx8599**  **Dependon Collection Se** **120 W 22d St  Ste 360** **Oakbrook, IL 60523** | | W | | | **Opened  1/11/02  Last Active  7/01/07** **Collection Diagnostic Radiology Specialis** | | | | 65.00 |
| Account No.  **Direct TV** **P.O. Box 5392** **Miami, FL 33152-5392** | X | H | | | **2005-6** **cable tv service for sports bar** | | | X | 630.00 |
| Account No.  **Diversified Audio Group** **858 Sivert Drive** **Wood Dale, IL 60191-1209** | X | H | | | **2005-6** **audio equipment system for sports bar business** | | | X | 4,000.00 |
| Account No.  **DMX Music** **600 Congress Avenue** **Suite 1400** **Austin, TX 78701** | X | H | | | **2005-6** **music royalties** | | | X | 231.00 |
| Account No.  **Dolphin Capital Corp** **P.O. Box 605** **Moberly, MO 65270-0605** | X | H | | | **2005-6** **lease financing** | | | X | 2,400.00 |

Sheet no. __**2**__ of __**9**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 7,326.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **John J Farrell,**
**Suzanne Z Farrell**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | guaranty of commercial equipment lease, judgment entered 4/18/07 | | | | |
| **Empire Cooler Service, Inc.** c/o Schwartz Wolf & Bernstein **314 N McHenry Road** **Buffalo Grove, IL 60089** | X | H | | | | | | 8,760.00 |
| Account No. | | | | 2005-6 fire & safety services | | | | |
| **Fox Valley Fire & Safety** **1730 Berkley Street** **Elgin, IL 60123** | X | H | | | | | X | 707.00 |
| Account No. | | | | 2005-6 food supplies | | | | |
| **Fresh Island** **153 Wheeling Road** **Wheeling, IL 60090** | X | H | | | | | X | 252.00 |
| Account No. xxxxxxxx5828 | | | | Opened 3/05/05 Last Active 5/03/06 Busienss Auto Lease/vehicle returned | | | | |
| **G M A C** **2740 Arthur St** **Roseville, MN 55113** | X | H | | | | | | 19,000.00 |
| Account No. | | | | 2005-6 office supplies for business | | | | |
| **Home Depot Credit Services** **Dept 32-2534540608** **P.O. Box 6031** **The Lakes, NV 88901-6031** | X | H | | | | | X | 926.00 |

Sheet no. __3___ of __9___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,645.00

Official Form 6F (10/06) - Cont.

In re    **John J Farrell,**
         **Suzanne Z Farrell**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | office supplies for business | | | | |
| **HSB Business Solutions/Office Max P.O. Box 5221 Carol Stream, IL 60197-5221** | X | H | | | | | X | |
| | | | | | | | | 730.00 |
| Account No. | | | | 2005-6 entertainment at business | | | | |
| **Illinois Entertainer 124 W. Polk Street Suite 103 Chicago, IL 60605** | X | H | | | | | X | |
| | | | | | | | | 1,110.00 |
| Account No. **x1553** | | | | 2005-6 guaranty of beverage sales to business, judgment entered | | | | |
| **Judge & Dolph, Ltd 1925 Busse Road Elk Grove Village, IL** | X | J | | | | | | |
| | | | | | | | | 2,150.00 |
| Account No. | | | | 2005-6 electric service | | | | |
| **LBE, Ltd P.O. Box 1852 Palatine, IL 60078-1852** | X | H | | | | | X | |
| | | | | | | | | 4,200.00 |
| Account No. | | | | 2005-6 environmental services | | | | |
| **Mahoney Environmental 1819 Moen Avenue Joliet, IL 60436** | X | H | | | | | X | |
| | | | | | | | | 375.00 |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,565.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re   **John J Farrell,**                                      Case No. _____

           **Suzanne Z Farrell**

_____ ,

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. **various** | | | | | natural gas service for Shark City Billiards and Sports Bar | | | | |
| **Nicor Gas** **P.O. Box 2020** **Aurora, IL 60507-2020** | X | H | | | | | | X | |
| | | | | | | | | | 11,000.00 |
| Account No. | | | | | | | | | |
| **Ninad Desai (Krsnam Inc.)** **22W155 Glenrise Court** **Glen Ellyn, IL 60137-3694** | X | H | | | | | | X | |
| | | | | | | | | | 100.00 |
| Account No. | | | | | 2005-6 pest control | | | | |
| **Orkin Pest Control** **760 Factory Road** **Addison, IL 60101** | X | H | | | | | | | |
| | | | | | | | | | 70.00 |
| Account No. **xxx3522** | | | | | 2005-6 guaranty of beverage sales to business, judgment entered | | | | |
| **Power Distributing LLC** **185 Industrial Drive** **Elmhurst, IL 60126** | X | H | | | | | | | |
| | | | | | | | | | 4,400.00 |
| Account No. | | | | | 3/17/2005 commercial loan, judgment entered | | | | |
| **Pramco CV6 LLC assignee of Fifth Th** **c/o Diver Grach Quade & Masini** **111 N. County Street** **Waukegan, IL 60085** | | J | | | | | | X | |
| | | | | | | | | | 62,555.04 |
| Sheet no. __5__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | | | 78,125.04 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **John J Farrell,**
       **Suzanne Z Farrell**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2005-6 sports miscellany for sports bar business | | | | |
| **Prime Time Sports LLC** **2819 West Kirchoff Road** **Rolling Meadows, IL 60008-1869** | X | J | | | | | | 207.00 |
| Account No. | | | | 2005-6 yellow pages advertising for business | | | | |
| **R.H. Donnelley** **5000 College Blvd** **Leawood, KS 66211-1629** | X | H | | | | | X | 641.00 |
| Account No. | | | | 2005-6 food services for business | | | | |
| **Reinhart Food Service** **9950 S. Reinhart Dr.** **P.O. Box 395** **Oak Creek, WI 53154-0395** | X | J | | | | | | 39.00 |
| Account No. | | | | 2005-6 restaurant technology | | | | |
| **Restaurant Technologies Inc** **12962 Collection Center Drive** **Chicago, IL 60693** | X | H | | | | | X | 1,700.00 |
| Account No. | | | | September 2005 commercial premises lease, premises turned over pursuant to judgment for possession in eviction case    Subject to setoff. | | | | |
| **RMS Properties, Inc.** **288 East Geneva Road** **Wheaton, IL 60187** | | H | | | | | X | 300,000.00 |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

302,587.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **John J Farrell,**
       **Suzanne Z Farrell**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2005-6 sanitary supplies | | | | |
| **Safeguard** **1550 N Northwest Highway** **Suite 333** **Park Ridge, IL 60068** | X | H | | | | | X | 216.00 |
| Account No. | | | | 2005-6 royalties | | | | |
| **SESAC** **55 Music Square East** **Nashville, TN 37203-4326** | X | H | | | | | X | 635.00 |
| Account No. | | | | 2005-6 sale of beverages for bar business | | | | |
| **Southern Wine & Spirts of Illinois** **c/o Johnson Morgan & White** **6800 Broker Sound Parkway** **Boca Raton, FL 33478-2788** | X | H | | | | | X | 2,500.00 |
| Account No. | | | | 2005-6 advertising | | | | |
| **Suburban NiteLife** **P.O. Box 428** **West Chicago, IL 60186-0428** | X | H | | | | | X | 4,600.00 |
| Account No. | | | | 2005-6 beverages sold & delivered | | | | |
| **Swanel Inc** **P.O. Box 1186** **Hammond, IN 46325** | X | H | | | | | X | 1,200.00 |

Sheet no. __7__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,151.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **John J Farrell,**
         **Suzanne Z Farrell**                                                    Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | guaranty of sales to business, judgment entered | | | | |
| Trimark Marlinn c/o Stein & Rotman 105 W. Madison, Suite 600 Chicago, IL 60602 | X | H | | | | | | 3,853.00 |
| Account No. | | | | 2005-6 food for business | | | | |
| US Foodservice/CCG 317 S. Brand Blvd Glendale, CA 91204 | X | H | | | | | X | 6,700.00 |
| Account No. | | | | 2005-6 water service for business | | | | |
| Village of Glendale Heights 300 Civic Center Plaza Glendale Heights, IL 60139 | X | H | | | | | X | 5,300.00 |
| Account No. | | | | 2005-6 refuse service | | | | |
| Waste Mangement of Illinois 1411 Opus Place Suite 400 Downers Grove, IL 60515 | X | H | | | | | X | 1,110.00 |
| Account No. **PLP xxx-xxx-4001** | | | | 3/03/2005 guaranty of commercial loan, litigation pending | | | | |
| Wells Fargo Bank 1455 W. Lake Street Suite 306 Minneapolis, MN 55408 | X | J | | | | | X | 445,000.00 |

Sheet no. __8___ of __9___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     461,963.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re     **John J Farrell,**
          **Suzanne Z Farrell**                                                    Case No. _____

_____,
                            Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | **2005-6** **on line advertising listing** | | | | |
| **YP.com** **4840 E. Jasmine Street** **Suite 105** **Mesa, AZ 85205** | X | H | | | | | X | |
| | | | | | | | | **30.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __9__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | **30.00** |
|---|---|---|
|  | Total (Report on Summary of Schedules) | **1,219,770.04** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6G
(10/05)

.

In re    **John J Farrell,**                                                    Case No. _____
        **Suzanne Z Farrell**

_____ ,
                    Debtors

## SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

___**0**___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6H
(10/05)

.

In re    **John J Farrell,**
     **Suzanne Z Farrell**

Case No. _____

_____,
                     Debtors

# SCHEDULE H. CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Wells Fargo Bank**<br>**1455 W. Lake Street**<br>**Suite 306**<br>**Minneapolis, MN 55408** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Empire Cooler Service, Inc.**<br>**c/o Schwartz Wolf & Bernstein**<br>**314 N McHenry Road**<br>**Buffalo Grove, IL 60089** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Judge & Dolph, Ltd**<br>**1925 Busse Road**<br>**Elk Grove Village, IL** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Power Distributing LLC**<br>**185 Industrial Drive**<br>**Elmhurst, IL 60126** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Trimark Marlinn**<br>**c/o Stein & Rotman**<br>**105 W. Madison, Suite 600**<br>**Chicago, IL 60602** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Mahoney Environmental**<br>**1819 Moen Avenue**<br>**Joliet, IL 60436** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Illinois Entertainer**<br>**124 W. Polk Street**<br>**Suite 103**<br>**Chicago, IL 60605** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Village of Glendale Heights**<br>**300 Civic Center Plaza**<br>**Glendale Heights, IL 60139** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **US Foodservice/CCG**<br>**317 S. Brand Blvd**<br>**Glendale, CA 91204** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **HSB Business Solutions/Office Max**<br>**P.O. Box 5221**<br>**Carol Stream, IL 60197-5221** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Home Depot Credit Services**<br>**Dept 32-2534540608**<br>**P.O. Box 6031**<br>**The Lakes, NV 88901-6031** |

___**3**___  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re      **John J Farrell,**                                                          Case No. _____
           **Suzanne Z Farrell**

_____ ,
                                    Debtors

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **ASCAP**<br>**2690 Cumberland Parkway**<br>**Suite 490**<br>**Atlanta, GA 30339-3913** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Reinhart Food Service**<br>**9950 S. Reinhart Dr.**<br>**P.O. Box 395**<br>**Oak Creek, WI 53154-0395** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Prime Time Sports LLC**<br>**2819 West Kirchoff Road**<br>**Rolling Meadows, IL 60008-1869** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Southern Wine & Spirts of Illinois**<br>**c/o Johnson Morgan & White**<br>**6800 Broker Sound Parkway**<br>**Boca Raton, FL 33478-2788** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **LBE, Ltd**<br>**P.O. Box 1852**<br>**Palatine, IL 60078-1852** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **R.H. Donnelley**<br>**5000 College Blvd**<br>**Leawood, KS 66211-1629** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **AT&T**<br>**P.O. Box 5072**<br>**Saginaw, MI 48605-5072** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **BMI Broadcase Music Inc.**<br>**10 Music Square East**<br>**Nashville, TN 37203-4399** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Direct TV**<br>**P.O. Box 5392**<br>**Miami, FL 33152-5392** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Safeguard**<br>**1550 N Northwest Highway**<br>**Suite 333**<br>**Park Ridge, IL 60068** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Swanel Inc**<br>**P.O. Box 1186**<br>**Hammond, IN 46325** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Restaurant Technologies Inc**<br>**12962 Collection Center Drive**<br>**Chicago, IL 60693** |

Sheet ___1___ of ___3___ continuation sheets attached to the Schedule of Codebtors

In re    **John J Farrell,**                             Case No. _____

           **Suzanne Z Farrell**

Debtors

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **DMX Music**<br>**600 Congress Avenue**<br>**Suite 1400**<br>**Austin, TX 78701** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Waste Mangement of Illinois**<br>**1411 Opus Place**<br>**Suite 400**<br>**Downers Grove, IL 60515** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **SESAC**<br>**55 Music Square East**<br>**Nashville, TN 37203-4326** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Nicor Gas**<br>**P.O. Box 2020**<br>**Aurora, IL 60507-2020** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Air Cleaning Specialists**<br>**7117 West Grand Avenue**<br>**Chicago, IL 60677-2806** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Chicago Filter**<br>**221 King Street**<br>**Elk Grove Village, IL 60007** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Diversified Audio Group**<br>**858 Sivert Drive**<br>**Wood Dale, IL 60191-1209** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Dolphin Capital Corp**<br>**P.O. Box 605**<br>**Moberly, MO 65270-0605** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Fox Valley Fire & Safety**<br>**1730 Berkley Street**<br>**Elgin, IL 60123** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Fresh Island**<br>**153 Wheeling Road**<br>**Wheeling, IL 60090** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Ninad Desai (Krsnam Inc.)**<br>**22W155 Glenrise Court**<br>**Glen Ellyn, IL 60137-3694** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Orkin Pest Control**<br>**760 Factory Road**<br>**Addison, IL 60101** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Suburban NiteLife**<br>**P.O. Box 428**<br>**West Chicago, IL 60186-0428** |

Sheet   **2**   of   **3**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **John J Farrell,**                                                      Case No. _____
     **Suzanne Z Farrell**

_____,
Debtors

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **YP.com**<br>**4840 E. Jasmine Street**<br>**Suite 105**<br>**Mesa, AZ 85205** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Alpha Baking Company**<br>**5001 West Polk Street**<br>**Chicago, IL 60644** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **Billiards Entertainment Corp., Inc.**<br>**12602 Hillcreek Drive**<br>**Palos Park, IL 60464** |
| **Farrell Bars, Inc**<br>**4988 N Elston Avenue**<br>**Chicago, IL 60630** | **G M A C**<br>**2740 Arthur St**<br>**Roseville, MN 55113** |

Sheet  **3**  of  **3**  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6I (10/06)

**John J Farrell**
In re  **Suzanne Z Farrell**                                          Case No. _____
Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):  **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **bartender** | **Vice president operations** |
| Name of Employer | **Rosebud Restaurants Inc** | **Sungard Data Systems** |
| How long employed | **3 months** | **10 years** |
| Address of Employer | **1419 W. Diversey Parkway**  **Chicago, IL 60614** | **1 S. Wacker Drive**  **Chicago, IL 60606** |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **1,092.40** | $ | **7,608.42** |
| 2. Estimate monthly overtime | $ | **38.81** | $ | **0.00** |
| 3. SUBTOTAL | $ | **1,131.21** | $ | **7,608.42** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | **145.84** | $ | **2,107.38** |
|    b. Insurance | $ | **0.00** | $ | **2.80** |
|    c. Union dues | $ | **0.00** | $ | **0.00** |
|    d. Other (Specify):  **401k, dental & medical insurance** | $ | **0.00** | $ | **922.84** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **145.84** | $ | **3,033.02** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **985.37** | $ | **4,575.40** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.18** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or     that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income | | | | |
| (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.18** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **985.37** | $ | **4,575.58** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals    from line 15; if there is only one debtor repeat total reported on line 15) | $ | **5,560.95** | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**debtor's income is variable due to seasonal fluctuations, variable work schedule & spouse may or may not receive**
**discretionary bonus and amount, if any of same can vary widely**

Official Form 6J (10/06)

**John J Farrell**
In re **Suzanne Z Farrell**                                    Case No. _____
_____
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 2,550.28 |
| a. Are real estate taxes included? | Yes ___ | No __X__ | |
| b. Is property insurance included? | Yes ___ | No __X__ | |
| 2. Utilities:     a. Electricity and heating fuel | | $ | 220.00 |
| b. Water and sewer | | $ | 60.00 |
| c. Telephone | | $ | 100.00 |
| d. Other _____ | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 200.00 |
| 4. Food | | $ | 300.00 |
| 5. Clothing | | $ | 200.00 |
| 6. Laundry and dry cleaning | | $ | 100.00 |
| 7. Medical and dental expenses | | $ | 250.00 |
| 8. Transportation (not including car payments) | | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 50.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 100.00 |
| b. Life | | $ | 190.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 240.00 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify)   **real estate property tax** | | $ | 367.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other _____ | | $ | 0.00 |
| c. Other _____ | | $ | 0.00 |
| d. Other _____ | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other | | $ | 0.00 |
| Other _____ | | $ | 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)     $     **5,327.28**

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ | 5,560.95 |
| b. | Average monthly expenses from Line 18 above | $ | 5,327.28 |
| c. | Monthly net income (a. minus b.) | $ | 233.67 |

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **John J Farrell**
        **Suzanne Z Farrell**
_____
                                    Debtor(s)

Case No.  _____
Chapter   **7**   _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**28**__ sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October 10, 2007**_____     Signature  **/s/ John J Farrell**_____
                                                          **John J Farrell**
                                                          Debtor

Date  **October 10, 2007**_____     Signature  **/s/ Suzanne Z Farrell**_____
                                                          **Suzanne Z Farrell**
                                                          Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Official Form 7
(04/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **John J Farrell**
**Suzanne Z Farrell**

Debtor(s)

Case No. _____

Chapter **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $80,252.98 | **2007: debtor, $3277.20; spouse, $76,975.78; both from current employment shown on Schedule I.** |
| $109,612.00 | **2006: debtor, $17,177 from previous employment at Farrell Bars Inc and unemployment compensation; spouse $92,435 from current employment** |
| $160,865.13 | **2005: debtor $47,115.43 from previous employment at Farrell Bars Inc; spouse $113,749.70 from current employment** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

            AMOUNT                        SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

    a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Wells Fargo Bank v Farrell Bars, Inc, John Farrell & Suzanne Farrell, No. 2006 L 614** | **action on $484,000 note and two personal guaranty agreements** | **Circuit Court 18th Judicial District, DuPage County, Wheaton IL** | **pending** |
| **Fifth Third Bank/assignee Pramco CV6 v John Farrell and Suzanne Farrell, No. 06 L 5238** | **action on $50,000 commercial note** | **Circuit Court of Cook County, Chicago IL** | **judgment entered $62,555.04** |
| **Empire Cooler Service v Farrell Bars and John Farrell, No. 06 M3 3040** | **action on breached equipment lease and personal guaranty** | **Circuit Court of Cook County, Rolling Meadows** | **judgment entered $8,760** |
| **Power Distributing LLC v Shark City and John Farrell, No. 06 M1 161668** | **action for goods sold and delivered and on personal guaranty** | **Circuit Court of Cook County, Chicago IL** | **judgment entered $4,394.00** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Trimark Marlinn v Farrell Bars and John Farrell, No. 06 M1 173963** | **action for goods sold and delivered and on personal guaranty** | **Circuit Court of Cook County, Chicago IL** | **judgment entered $3,853** |
| **Judge & Dolph v Farrell Bars Inc and John Farrell, No. 06 M1 199942** | **action for goods sold and delivered and on personal guaranty** | **Circuit Court of Cook County, Chicago IL** | **judgment entered $2,149** |
| **RMS Properties v John Farrell, No. 2006 LM 000794** | **Eviction from commercial premises** | **Circuit Court for the 18th Judicial Circuit, DuPage County, Wheaton, IL** | **judgment for possession entered** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Wells Fargo Bank 1455 W. Lake Street Suite 306 Minneapolis, MN 55408** | **approximately April, 2006** | **more than one year before this petition, all business assets of Farrell Bars Inc were turned over to this creditor and upon information and belief sold by this creditor for $65,000 to creditor RMS Properties** |

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

**None**
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

**None**
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

**None**
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Letvin & Stein 541 North Fairbanks Court Suite 2121 Chicago, IL 60611-3710** | **October 8, 2007** | **$3,500.00 (fee & costs for present ch 7 filing and proceedings)** |
| **Money Mangement International** | **August 6, 2007** | **$50 (credit counseling fee)** |

### 10. Other transfers

**None**
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Illinois Department of Revenue 100 W. Randolph Street Chicago, IL 60601** creditor | **June 6, 2007** | **$6,000 in offer of compromise on outstanding tax liability.  offer not yet acted upon by recipient** |
| **Wells Fargo Bank 1455 W. Lake Street Suite 306 Minneapolis, MN 55408** creditor | **April 2006** | **see answer to question 5 above** |
| **Letvin & Stein 541 N Fairbanks Court Suite 2121 Chicago, IL 60611** attorneys | **12/15/06 to 10/10/07** | **$22,000 ongoing fees and costs in dealing with multiple creditors in settlement negotiations and ongoing litigation** |

None ■   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None ■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

    "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

    "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

#### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Farrell Bars Inc** | **75-3172303** | **4988 N Elston Avenue Chicago, IL 60630** | **Debtor and spouse owned this corporation conducting business as Shark City Billards and Sports Bar, 2240 Bloomingdale Road, Glendale Heights, IL Virtually all indebtedness to be discharged in this chapter 7 relates to this business** | **February 2005-March 2006** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

#### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **John A. Pieranunzi & Associates 1127 S. Mannheim Road Suite 301 Westchester, IL 60154** | **February 2005-March 2006 and thereafter** |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| John A. Pieranunzi & Associates | 1127 S. Mannehim Road Suite 301 Westchester, IL 60154 | same |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| John A. Pieranunzi & Associates | 1127 S. Mannehim Road Suite 301 Westchester, IL 60154 |

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Wells Fargo Bank 1455 W. Lake Street Suite 306 Minneapolis, MN 55408 | 2/3/06 and 1/20/07 both delivered in connection with offers in compromise of SBA guaranteed loan. both offers rejected. |

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **October 10, 2007**                    Signature  **/s/ John J Farrell**
                                                          **John J Farrell**
                                                          Debtor

Date  **October 10, 2007**                    Signature  **/s/ Suzanne Z Farrell**
                                                          **Suzanne Z Farrell**
                                                          Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re    John J Farrell            Case No. _____
       Suzanne Z Farrell

                                  Debtor(s)      Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Location: 4988 N Elston Avenue, Chicago IL** | **Bank of America Mortgage** | | | | **X** |
| **Location: 4988 N Elston Avenue, Chicago IL** | **Fifth Third Bank** | | | | **X** |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date   **October 10, 2007**        Signature   **/s/ John J Farrell**
                                            **John J Farrell**
                                            Debtor

Date   **October 10, 2007**        Signature   **/s/ Suzanne Z Farrell**
                                            **Suzanne Z Farrell**
                                            Joint Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re    **John J Farrell**
      **Suzanne Z Farrell**                          Case No. _____

                                             Debtor(s)         Chapter    **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **3,500.00** |
| Prior to the filing of this statement I have received | $ | **3,500.00** |
| Balance Due | $ | **0.00** |

2.   $ **299.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **October 10, 2007** _____      **/s/ David J. Letvin** _____
                                                       **David J. Letvin 1626256**
                                                        **Letvin & Stein**
                                                        **541 North Fairbanks Court**
                                                        **Suite 2121**
                                                        **Chicago, IL 60611-3710**
                                                        **312/527-2841**

# United States Bankruptcy Court
### Northern District of Illinois

In re    **John J Farrell**
      **Suzanne Z Farrell**

                                 Debtor(s)

Case No. _____

Chapter   **7**   _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                    **59**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **October 10, 2007**                   **/s/ John J Farrell**

                                                   **John J Farrell**
                                                       Signature of Debtor

Date:   **October 10, 2007**                   **/s/ Suzanne Z Farrell**

                                                   **Suzanne Z Farrell**
                                                       Signature of Debtor

Abrams & Abrams
75 E. Wacker Drive
Suite 320
Chicago, IL 60601


Air Cleaning Specialists
7117 West Grand Avenue
Chicago, IL 60677-2806


Alpha Baking Company
5001 West Polk Street
Chicago, IL 60644


American Express
General Counsels Office
3200 Commerce Pwy  Md 19-01-06
Merrimar, FL 33025


ASCAP
2690 Cumberland Parkway
Suite 490
Atlanta, GA 30339-3913


AT&T
P.O. Box 5072
Saginaw, MI 48605-5072


Baker Miller Markoff & Krasny
29 N Wacker Drive
Fifth Floor
Chicago, IL 60606


Bank of America Mortgage
475 Crosspoint Parkway
Getzville, NY 14068


Billiards Entertainment Corp., Inc.
12602 Hillcreek Drive
Palos Park, IL 60464


BMI Broadcase Music Inc.
10 Music Square East
Nashville, TN 37203-4399

Chase Manhattan Bank
800 Brooksedge Blvd
Westerville, OH 43081


Chicago Filter
221 King Street
Elk Grove Village, IL 60007


Dependon Collection Se
120 W 22d St  Ste 360
Oakbrook, IL 60523


Direct TV
P.O. Box 5392
Miami, FL 33152-5392


Diversified Audio Group
858 Sivert Drive
Wood Dale, IL 60191-1209


DMX Music
600 Congress Avenue
Suite 1400
Austin, TX 78701


Dolphin Capital Corp
P.O. Box 605
Moberly, MO 65270-0605


Empire Cooler Service, Inc.
c/o Schwartz Wolf & Bernstein
314 N McHenry Road
Buffalo Grove, IL 60089


Farrell Bars, Inc
4988 N Elston Avenue
Chicago, IL 60630


Fifth Third Bank
1850 East Paris
Mdropso5  C/O Bankruptcy Dept
Grand Rapids, MI 49546

Fox Valley Fire & Safety
1730 Berkley Street
Elgin, IL 60123


Fresh Island
153 Wheeling Road
Wheeling, IL 60090


Friedman Amselmo Lindberg & Rappe
3228 Naperville Road
Naperville, IL 60566-7228


G M A C
2740 Arthur St
Roseville, MN 55113


Home Depot Credit Services
Dept 32-2534540608
P.O. Box 6031
The Lakes, NV 88901-6031


HSB Business Solutions/Office Max
P.O. Box 5221
Carol Stream, IL 60197-5221


Illinois Department of Revenue
100 W. Randolph Street
Chicago, IL 60601


Illinois Entertainer
124 W. Polk Street
Suite 103
Chicago, IL 60605


Internal Revenue Service
230 S. Dearborn Street
Chicago, IL 60604


Judge & Dolph, Ltd
1925 Busse Road
Elk Grove Village, IL


LBE, Ltd
P.O. Box 1852
Palatine, IL 60078-1852

Mahoney Environmental
1819 Moen Avenue
Joliet, IL 60436


Nicor Gas
P.O. Box 2020
Aurora, IL 60507-2020


Ninad Desai (Krsnam Inc.)
22W155 Glenrise Court
Glen Ellyn, IL 60137-3694


Orkin Pest Control
760 Factory Road
Addison, IL 60101


Power Distributing
2656 Paysphere Circle
Chicago, IL 60674


Power Distributing LLC
185 Industrial Drive
Elmhurst, IL 60126


Pramco CV6 LLC assignee of Fifth Th
c/o Diver Grach Quade & Masini
111 N. County Street
Waukegan, IL 60085


Prime Time Sports LLC
2819 West Kirchoff Road
Rolling Meadows, IL 60008-1869


R.H. Donnelley
5000 College Blvd
Leawood, KS 66211-1629


Reinhart Food Service
9950 S. Reinhart Dr.
P.O. Box 395
Oak Creek, WI 53154-0395


Restaurant Technologies Inc
12962 Collection Center Drive
Chicago, IL 60693

Richard L. Kruse
3924 W. Devon
Lincolnwood, IL 60712


RMS Properties, Inc.
288 East Geneva Road
Wheaton, IL 60187


Safeguard
1550 N Northwest Highway
Suite 333
Park Ridge, IL 60068


SESAC
55 Music Square East
Nashville, TN 37203-4326


Southern Wine & Spirts of Illinois
c/o Johnson Morgan & White
6800 Broker Sound Parkway
Boca Raton, FL 33478-2788


Suburban NiteLife
P.O. Box 428
West Chicago, IL 60186-0428


Swanel Inc
P.O. Box 1186
Hammond, IN 46325


Trilogy Capital Management
12250 El Camino Real, Suite 120
San Diego, CA 92130


Trimark Marlinn
c/o Stein & Rotman
105 W. Madison, Suite 600
Chicago, IL 60602


Trimark Marlinn
6100 West 73rd Street
Chicago, IL 60638

United Merchantile Agencies Inc.
600 S. 7th Street
Louisville, KY 40201-1672


US Foodservice/CCG
317 S. Brand Blvd
Glendale, CA 91204


Village of Glendale Heights
300 Civic Center Plaza
Glendale Heights, IL 60139


Waste Mangement of Illinois
1411 Opus Place
Suite 400
Downers Grove, IL 60515


Wells Fargo Bank
1455 W. Lake Street
Suite 306
Minneapolis, MN 55408


YP.com
4840 E. Jasmine Street
Suite 105
Mesa, AZ 85205


Zanck Coen & Wright
40 Brink Street
Crystal Lake, IL 60014

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:                                          )    Chapter **7**
    **John J Farrell**                         )    Bankruptcy Case No.
    **Suzanne Z Farrell**                      )
                                           )
                                           )
    Debtor(s)                              )

## DECLARATION REGARDING ELECTRONIC FILING
Signed by Debtor(s) or Corporate Representative
### To Be Used When Filing over the Internet

PART I - DECLARATION OF PETITIONER          Date:    __October 8, 2007__

A.      To be completed in all cases.

    I(We) __John J Farrell__ and __Suzanne Z Farrell__, the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my(our) attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments,  is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. § 707(a) and 105.

B.      To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

    ☐    I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C.      To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

    ☐    I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: _____          Signature _____
      John J Farrell                                       Suzanne Z Farrell
    (Debtor or Corporate Officer, Partner or Member)          (Joint Debtor)

## United States Bankruptcy Court
### Northern District of Illinois

In re   **John J Farrell**
        **Suzanne Z Farrell**
                                                        Case No. _____
                                          Debtor(s)     Chapter   **7**

# PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,  **John J Farrell** , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐      I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐      I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because ___

■      I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


I,  **Suzanne Z Farrell** , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐      I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐      I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because ___

■      I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date  **October 10, 2007**            Signature  **/s/ John J Farrell**
                                                 **John J Farrell**
                                                 Debtor


Date  **October 10, 2007**            Signature  **/s/ Suzanne Z Farrell**
                                                 **Suzanne Z Farrell**
                                                 Joint Debtor

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

FROM :FARRELL                    FAX NO. :                    Oct. 07 2007 07:52PM  P6

---

🔺 FOLD AND REMOVE                                                    FOLD AND REMOVE 🔺

**PERSONAL AND CHECK INFORMATION**
JOHN J FARRELL
1988 NORTH ELSTON AVENUE
CHICAGO, IL 60630

Soc Sec #: XXX-XX-XXXX    Employee ID: 5110
Hire Date: 06/22/07
Status:
Filing Status:
Federal: Married, 1
State: IL, Married, 1
Br/Dept: 600/630

Pay Period: 08/27/07 to 09/09/07
Check Date: 09/14/07    Check #: 153634

| EARNINGS | DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | REGULAR | 28.51 | 5.0000 | 142.55 | 214.56 | 1144.68 |
| | OVERTIME | | | | 11.83 | 103.91 |
| | TIPS (IN) | | | 60.00 | | 189.19 |
| | CREDIT CARD TIP | | | 81.95 | | 1000.50 |
| | GROSS | 28.51 | | 284.50 | 226.39 | 2438.18 |

| DEDUCTIONS | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | TIPS (OUT) | | | 60.00 | | 189.19 |
| | TOTAL | | | 60.00 | | 189.19 |

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 196.50 | 1938.58 |
| Net Pay | 196.50 | 1938.58 |

| WITHHOLDINGS | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | FEDERAL W/H | | | | | 62.27 |
| | OASDI | | | 17.64 | | 151.17 |
| | MEDICARE | | | 4.13 | | 35.36 |
| | STATE W/H IL | | | 6.23 | | 61.61 |
| | TOTAL | | | 28.00 | | 310.41 |

---

🔺 FOLD AND REMOVE                                                    FOLD AND REMOVE 🔺

**PERSONAL AND CHECK INFORMATION**
JOHN J FARRELL
1988 NORTH ELSTON AVENUE
CHICAGO, IL 60630

Soc Sec #: XXX-XX-XXXX    Employee ID: 5110
Hire Date: 06/22/07
Status:
Filing Status:
Federal: Married, 1
State: IL, Married, 1
Br/Dept: 600/630

Pay Period: 09/10/07 to 09/23/07
Check Date: 09/28/07    Check #: 154615

| EARNINGS | DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | REGULAR | 69.03 | 5.0000 | 345.15 | 283.59 | 1489.83 |
| | OVERTIME | 1.44 | 7.5000 | 12.64 | 13.27 | 116.45 |
| | TIPS (IN) | | | | | 189.19 |
| | CREDIT CARD TIP | | | 481.23 | | 1481.73 |
| | GROSS | 70.47 | | 839.02 | 296.86 | 3277.20 |

| DEDUCTIONS | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | TIPS (OUT) | | | | | 189.19 |
| | TOTAL | | | 0.00 | | 189.19 |

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 711.91 | 2650.49 |
| Net Pay | 711.91 | 2650.49 |

| WITHHOLDINGS | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | FEDERAL W/H | | | 40.06 | | 102.33 |
| | OASDI | | | 52.02 | | 203.19 |
| | MEDICARE | | | 12.17 | | 47.53 |
| | STATE W/H IL | | | 22.86 | | 84.47 |
| | TOTAL | | | 127.11 | | 437.52 |

> > > **MESSAGES** < < <
Please verify all personal
information.
OASDI is Social Security.

| NET PAY | | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | | 711.91 | 2650.49 |

Payrolls by Paychex, Inc.
1406-2397 ROSEBUD RESTAURANTS INC ■

FROM :FARRELL                                    FAX NO. :                        Oct. 07 2007 07:52PM  P5

 FOLD AND REMOVE

FOLD AND REMOVE 

**PERSONAL AND CHECK INFORMATION**
JOHN J FARRELL
4988 NORTH ELSTON AVENUE
CHICAGO, IL 80630

Soc Sec #: XXX-XX-XXXX   Employee ID: 5110
Hire Date: 08/22/07
Status:
Filing Status:
Federal: Married, 1
State: IL, Married, 1
Br/Dept: 600/630

Pay Period: 08/13/07 to 08/26/07
Check Date: 08/31/07   Check #: 152745

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 60.64 | 5.0000 | 303.20 | 186.05 | 1002.13 |
| OVERTIME | | | | 11.83 | 103.81 |
| TIPS (IN) | | | 129.19 | | 129.19 |
| CREDIT CARD TIP | | | 412.55 | | 918.55 |
| GROSS | 60.64 | | 844.94 | 197.88 | 2153.68 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| TIPS (OUT) | 129.19 | 129.19 |
| TOTAL | 129.19 | 129.19 |

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 587.42 | 1742.08 |
| Net Pay | 587.42 | 1742.08 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL WH | 40.65 | 62.27 |
| OASDI | 52.39 | 133.53 |
| MEDICARE | 12.25 | 31.23 |
| STATE WH IL | 23.04 | 55.38 |
| TOTAL | 128.33 | 282.41 |

> > > **MESSAGES** < < <
Please verify all personal
information.
OASDI is Social Security.
   *Payrolls by Paychex, Inc.*

**NET PAY**

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | 587.42 | 1742.08 |

1405-2397 ROSEBUD RESTAURANTS INC  ■

FROM :FARRELL                                                  FAX NO. :                    Oct. 07 2007 07:51PM  P4
🏠 FOLD AND REMOVE                                                                                    FOLD AND REMOVE  🏠

| PERSONAL AND CHECK INFORMATION | EARNINGS | DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| JOHN J FARRELL | | | | | | | |
| 4988 NORTH ELSTON AVENUE | | REGULAR | 56.66 | 5.0000 | 283.30 | 125.41 | 698.93 |
| CHICAGO, IL 60630 | | OVERTIME | | | | 11.83 | 103.81 |
| | | CREDIT CARD TIP | | | 335.80 | | 506.00 |
| Soc Sec #: XXX-XX-XXXX   Employee ID: 5110 | | | | | | | |
| Hire Date: 08/22/07 | | GROSS | 56.66 | | 619.10 | 137.24 | 1308.74 |
| Status: | | | | | | | |

| | WITHHOLDINGS | DESCRIPTION | | CURRENT ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| Filing Status: | | | | | | |
| Federal: Married, 1 | | FEDERAL WH | | 18.06 | | 21.62 |
| State: IL, Married, 1 | | OASDI | | 38.38 | | 81.14 |
| Brf Dept: 600/630 | | MEDICARE | | 8.98 | | 18.98 |
| | | STATE W/H IL | | 16.27 | | 32.34 |
| Pay Period: 07/30/07 to 08/12/07 | | | | | | |
| Check Date: 08/17/07   Check #: 151744 | | TOTAL | | 81.69 | | 154.08 |

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 537.41 | 1154.66 |
| Net Pay | 537.41 | 1154.66 |

> > > MESSAGES < < <

| | NET PAY | | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| Please verify all personal information. | | | 537.41 | 1154.66 |

OASDI is Social Security.
*Payrolls by Paychex, Inc.*

0405-2397 ROSEBUD RESTAURANTS INC  ●

FROM :FARRELL                         FAX NO. :                    Oct. 07 2007 07:58PM  P3

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 120. |
|-----|------|-------|-------|-----------|------|
| B25 | 009665 | FITSOP | | 0000390082 | 1 |

## Earnings   Statement

**ADP**

SUNGARD FUTURES SYSTEMS
1 S WACKER SUITE 400
CHICAGO, IL 60606

Period Ending:    09/30/2007
Pay Date:         09/28/2007

Taxable Marital Status    Single
Exemptions/Allowances:
  Federal          0
  IL               0

**SUZANNE I FARRELL**
**4988 N ELSTON**
**CHICAGO,  IL 60630**

Social Security Number:  XXX-XX-5340

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 3804.21 | 86.67 | 3,804.21 | 87,811.04 |
| Bonus | | | | 8,500.00 |
| Retro | | | | 664.74 |
| **Gross Pay** | | | **$3,804.21** | 76,975.78 |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Group Term Life | 9.80 | 172.80 |
| Group Term Life | | 172.80 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -667.85 | 13,933.79 |
| | Social Security Tax | -231.44 | 4,692.82 |
| | Medicare Tax | -54.12 | 1,097.51 |
| | IL State Income Tax | -100.28 | 2,034.55 |
| | **Other** | | |
| | Aftertax Ltd | -9.13 | 162.52 |
| | Checking 1 | -2,278.57 | |
| | Pretax Dental | -7.50* | 135.00 |
| | Pretax 401K | -380.42* | 7,697.56 |
| | Pretx Med Pos | -73.50* | 1,323.00 |
| | Spouse Life | -1.40 | 25.20 |
| | **Net Pay** | | **$0.00** |

* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$3,342.79

SUNGARD FUTURES SYSTEMS
1 S WACKER SUITE 400
CHICAGO , IL 60606

Advice number:     00000390082
Pay date:          09/28/2007

Deposited  to the account of
SUZANNE I FARRELL

| | account number | transit ABA | amount |
|--|----------------|-------------|--------|
| | 1871115559 | 2719 7257 | $2,278.57 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

FROM :FARRELL                          FAX NO. :                          Oct. 07 2007 07:57PM  P2

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 120 |
|-----|------|-------|-------|-----------|-----|
| B2B | 009668 | FITSOP | 0000370078 | 1 | |

### Earnings   Statement

**SUNGARD FUTURES SYSTEMS**
1 S WACKER SUITE 400
CHICAGO, IL 60606

Period Ending:    09/15/2007
Pay Date:         09/14/2007

Taxable Marital Status:   Single
Exemptions/Allowances:
　Federal:    0
　IL          0

**SUZANNE I FARRELL**
**4988 N ELSTON**
**CHICAGO, IL 60630**

Social Security Number:   XXX-XX-5340

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 3804.21 | 86.67 | 3,804.21 | 64,006.83 |
| Bonus | | | | 8,500.00 |
| Retro | | | | 664.74 |
| Gross Pay | | | $3,804.21 | 73,171.57 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Group Term Life | 9.60 | 163.20 |
| Group Term Life | | 163.20 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -667.85 | 13,265.94 |
| | Social Security Tax | -231.43 | 4,461.38 |
| | Medicare Tax | -54.13 | 1,043.39 |
| | IL State Income Tax | -100.28 | 1,934.27 |
| | **Other** | | |
| | Aftertax Ltd | -9.13 | 153.39 |
| | Checking 1 | -2,278.57 | |
| | Pretax Dental | -7.50* | 127.50 |
| | Pretax 401K | -380.42* | 7,317.14 |
| | Pretx Med Pos | -73.50* | 1,249.50 |
| | Spouse Life | -1.40 | 23.80 |
| | **Net Pay** | **$0.00** | |

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$3,342.79

SUNGARD FUTURES SYSTEMS
1 S WACKER SUITE 400
CHICAGO , IL 60606

Advice number:    **00000370078**
Pay date:         09/14/2007

*THIS IS NOT A CHECK*

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| SUZANNE I FARRELL | 1871115559 | 2719 7257 | $2,278.57 |

### NON-NEGOTIABLE

CO. FILE DEPT. CLOCK VCHR. NO. 120
B25 008666 FITSOP 0000036008!   1

**Earnings   Statement**



SUNGARD FUTURES SYSTEMS
1 S WACKER SUITE 400
CHICAGO, IL 60606

Period Ending:     08/31/2007
Pay Date:          08/31/2007

SUZANNE I FARRELL
4988 N ELSTON
CHICAGO, IL 60630

Taxable Marital Status   Single
Exemptions/Allowances:
    Federal:        0
    IL:             0

Social Security Number: XXX-XX-5340

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3804.21 | 88.87 | 3,804.21 | 60,202.62 |
| Bonus | | | | 8,500.00 |
| Retro | | | | 664.74 |
| Gross Pay | | | $3,804.21 | 69,367.36 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 9.60 | 153.60 |
| Group Term Life | | 153.60 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -657.85 | 12,598.09 |
| | Social Security Tax | -231.44 | 4,229.95 |
| | Medicare Tax | -54.12 | 989.26 |
| | IL State Income Tax | -100.28 | 1,833.99 |
| | **Other** | | |
| | Aftertax Ltd | -9.13 | 144.26 |
| | Checking 1 | -2,278.57 | |
| | Pretax Dental | -7.50* | 120.00 |
| | Pretax 401K | -380.42* | 6,936.72 |
| | Pretx Med Pos | -73.50* | 1,176.00 |
| | Spouse Life | -1.40 | 22.40 |
| | **Net Pay** | | $0.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,342.79

SUNGARD FUTURES SYSTEMS
1 S WACKER SUITE 400
CHICAGO , IL 60606

Advice number:     00000350081
Pay date:          08/31/2007

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SUZANNE I FARRELL | 1871115559 | 2719 7257 | $2,278.57 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

FROM :FARRELL                          FAX NO. :                     Oct. 07 2007 07:56PM  P1

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 120 |
|-----|------|-------|-------|-----------|-----|
| B25 | 608665 | FITSOP | | CCD002D080 | 1. |

# Earnings   Statement



SUNGARD FUTURES SYSTEMS
1 S WACKER SUITE 400
CHICAGO, IL 60606

Period Ending:     08/15/2007
Pay Date:          08/15/2007

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal          0
  IL               0

**SUZANNE  I FARRELL**
**4988 N ELSTON**
**CHICAGO,  IL 60630**

Social Security Number:   XXX-XX-5340

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 3804 21 | 86.67 | 3,804.21 | 56,398.41 |
| Bonus | | | | 8,500.00 |
| Retro | | | | 664.74 |
| **Gross Pay** | | | **$3,804.21** | 65,563.15 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Group Term Life | 9.60 | 144.00 |
| Group Term Life | | 144.00 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -667.86 | 11,930.24 |
| | Social Security Tax | -231.43 | 3,998.51 |
| | Medicare Tax | -54.13 | 935.14 |
| | IL State Income Tax | -100.28 | 1,733.71 |
| | **Other** | | |
| | Aftertax Ltd | -9.13 | 135.13 |
| | Checking 1 | -2,278.57 | |
| | Pretax Dental | -7.50* | 112.50 |
| | Pretax 401K | -380.42* | 6,556.30 |
| | Pretx Med Pos | -73.50* | 1,102.50 |
| | Spouse Life | -1.40 | 21.00 |
| | **Net Pay** | | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,342.79

© 2002 ADP, Inc.

SUNGARD FUTURES SYSTEMS
1 S WACKER SUITE 400
CHICAGO , IL 60606

**Advice number:**   00000320080
Pay date:            08/15/2007

THIS IS NOT A CHECK

Deposited to the account of
**SUZANNE  I FARRELL**

| | account number | transit ABA | amount |
|---|----------------|-------------|--------|
| | 1871115559 | 2719 7257 | $2,278.57 |